U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
12/22/2010
Hon. Janice Miller Karlin, Presiding

09:00 AM

Case Information:
    10-41805 Roger Dale Jennings and Rosemary Jennings   Chapter: 13

Judge: JMK   Filed: 10/05/2010   Pln Confirmed:

Appearances:
    Gary E. Hinck representing Roger Dale Jennings (Debtor)
    Gary E. Hinck representing Rosemary Jennings (Joint Debtor)
    Jan Hamilton (Trustee)

Issue(s):
    Meeting of Creditors & Notice of Appointment of Trustee Jan Hamilton to be held on 11/04/2010 at 02:30 PM at Topeka Post Office Room 303. Proof of Claim due by 02/02/2011. Confirmation Hearing to be Held on 12/22/2010 at 09:00 AM at Topeka Room 210.
Autogenerated

Notes/Decision: **Plan confirmed.**

Courtroom Deputy: Beth Cromwell
ECRO Deputy: Kelsey Hohner